IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SUE CANNEDY, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION No. 4:16-cv-28-O |
| § | |
| STATE AUTO PROPERTY & § | |
| CASUALTY INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Sue Cannedy and Defendant State Auto Property & Casualty Insurance Company have reached a settlement in this matter. Plaintiff and Defendant will submit an agreed motion of dismissal with prejudice within 60 days.

Respectfully submitted,

DALY & BLACK. P.C.

By: /s/ *Sheldon P. Wayne*
Richard D. Daly
State Bar No. 00796429
Sheldon Paul Wayne
State Bar No. 24098581
2211 Norfolk St., Suite 800
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
rdaly@dalyblack.com
ecfs@dalyblack.com
swayne@dalyblack.com

-And-

Chad Elsey
State Bar No. 24048450
**ELSEY & ELSEY**
3212 Long Prairie Rd, Suite 200
Flower Mound, Texas 75022
Tel: (972) 906-9695
Fax: (972) 906-7998
chad@elseylaw.com

**ATTORNEYS FOR PLAINTIFF**

-And-

BROWN, DEAN, PROCTOR & HOWELL, L.L.P.

By: */s/ Alicia A. Murphy*
Sterling Elza
State Bar No. 24026823
Alicia A. Murphy
State Bar No. 24095005
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905
Telephone: (817) 332-1391
Facsimile: (817) 870-2427
selza@browndean.com
amurphy@browndean.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2017, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system, facsimile, and/or email in accordance with the Federal Rules of Civil Procedure.

Richard D. Daly
Sheldon Paul Wayne
DALY & BLACK. P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
rdaly@dalyblack.com
ecfs@dalyblack.com
swayne@dalyblack.com

-And-

Chad Elsey
ELSEY & ELSEY
3212 Long Prairie Rd, Suite 200
Flower Mound, Texas 75022
Tel: (972) 906-9695
Fax: (972) 906-7998
chad@elseylaw.com

                                                                 /s/ Alicia A. Murphy
                                                                 Alicia A. Murphy