UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SUE CANNEDY<br>    Plaintiff, | § § § | |
| vs. | § § | 4:16-cv-00028-O<br>Civil Action Number |
| STATE AUTO PROPERTY & CASUALTY<br>INSURANCE COMPANY<br>    Defendant. | § § § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Sue Cannedy, Plaintiff in the above-entitled and numbered cause, and states to the Court that the Parties have come to a resolution and Plaintiff moves this Court to dismiss this cause against Defendant, State Auto Property & Casualty Insurance Company, with prejudice at the cost of the party incurring the same.

Respectfully submitted,

DALY & BLACK. P.C.

By: _R. D. D_____

Richard D. Daly
State Bar No. 00796429
2211 Norfolk St., Suite 800
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
rdaly@dalyblack.com
ecfs@dalyblack.com

-And-

*Agreed Motion for Dismissal With Prejudice* — Page 2

Chad Elsey
State Bar No. 24048450
**ELSEY & ELSEY**
3212 Long Prairie Rd, Suite 200
Flower Mound, Texas 75022
Tel: (972) 906-9695
Fax: (972) 906-7998
chad@elseylaw.com

**ATTORNEYS FOR PLAINTIFF**

-And-

BROWN, DEAN, PROCTOR & HOWELL, L.L.P.

By: */s/ Alicia A. Murphy*
Sterling Elza
State Bar No. 24026823
Alicia A. Murphy
State Bar No. 24095005
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905
Telephone: (817) 332-1391
Facsimile: (817) 870-2427
selza@browndean.com
amurphy@browndean.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system, facsimile, and/or email in accordance with the Federal Rules of Civil Procedure.

Richard D. Daly
DALY & BLACK. P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
rdaly@dalyblack.com
ecfs@dalyblack.com

-And-

*Agreed Motion for Dismissal With Prejudice*            Page 3

Chad Elsey
ELSEY & ELSEY
3212 Long Prairie Rd, Suite 200
Flower Mound, Texas 75022
Tel: (972) 906-9695
Fax: (972) 906-7998
chad@elseylaw.com

                                                */s/ Alicia A. Murphy*
                                                Alicia A. Murphy