IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SUE CANNEDY, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 4:16-cv-00028-O |
| | § |
| STATE AUTO PROPERTY & | § |
| CASUALTY INSURANCE COMPANY, | § |
| | § |
| Defendant. | § |

### ORDER

Before the Court is the parties' Agreed Motion for Dismissal with Prejudice (ECF No. 27), filed March 13, 2017. Having considered the motion, the Court finds that the motion should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Sue Cannedy's claims and causes of action against Defendant, State Auto Property & Casualty Insurance Company, be and the same are hereby **DISMISSED**, with prejudice and at the cost of party incurring same.

**SO ORDERED** on this **14th day** of **March, 2017.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**